**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.: 3:05-cr-24 (CAR)** |
| | : | |
| | : | |
| **ISAIAH HUNTER, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

_____

| | | |
|---|---|---|
| **JAMES D. DAVIS et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No.: 3:04-cv-68 (CAR)** |
| **v.** | : | |
| | : | |
| **CITY OF LOGANVILLE,** | : | |
| **GEORGIA,** | : | |
| | : | |
| **Defendant.** | : | |

_____

| | | |
|---|---|---|
| **MELISSA PETERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.: 3:04-cv-66 (CAR)** |
| **v.** | : | |
| | : | |
| **DM & ADR, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

_____

*ORDER*

The above-captioned cases having been set for trial during the May trial term, the parties

and their counsel in each of the cases are **HEREBY ORDERED** to appear for the purpose of

selecting a jury on **Monday, May 8, 2006,** at **9:00 a.m.** in Courtroom A on the second floor of

the William Augustus Bootle Federal Building and United States Courthouse in **Macon, Georgia**.

     **SO ORDERED** this 4th day of May, 2006.

                        s/ C. Ashley Royal
                        C. Ashley Royal
                        UNITED STATES DISTRICT JUDGE

AEG/ssh